*Max M. Hirson,* in person, and *Stanley N. Ohlbaum* for motion. *Menahem Stim* and *Joseph D. Stim* opposed.

Motion, insofar as it seeks leave to appeal, denied upon the ground that an appeal has been properly taken as of right. In all other respects motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH MAYER, Appellant.

Submitted April 13, 1953; decided April 23, 1953.

*Timothy F. O'Brien, District Attorney,* for motion.
No one opposed.

Motion granted. (See Code Crim. Pro., § 536.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED CARCHIETTA et al., Appellants, against WARDEN OF RAYMOND STREET JAIL, BOROUGH OF BROOKLYN, et al., Respondents.

Submitted April 13, 1953; decided April 23, 1953.

*Francis P. Heffernan* for motion.

*Nathaniel L. Goldstein, Attorney-General (William B. Herlands* and *Abraham M. Portez),* opposed.

Motion denied. Appeal taken as of right dismissed upon the ground that no substantial constitutional question is presented.